UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIBERTO ULLOA CARDENAS,

Plaintiff,

v.

CARRINGTON MORTAGE SERVICES, LLC,

Defendant.

Case No.: 1:26-cv-06965-JLT-CDB

**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

14-Day Response Deadline

**ORDER VACATING OCTOBER 20 HEARING ON DEFENDANT'S MOTION TO DISMISS**

## I. INTRODUCTION

Plaintiff Eriberto Ulloa Cardenas ("Plaintiff") initiated this action with the filing of a complaint in state court on July 8, 2026. Defendant Carrington Mortgage Services, LLC, removed the action to this Court on August 31, 2026. (Doc. 1). In its notice of removal, Defendant asserts that this Court has original jurisdiction over the case on the basis of diversity of citizenship. *Id.* at 2 (citing 28 U.S.C. § 1332(a)).

On September 8, 2026, Defendant filed a motion to dismiss. (Doc. 3). Defendant served the motion to dismiss on Plaintiff via U.S. mail on that same date at his address of record.

## II. DISCUSSION

This Court's Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide that a "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court

may be grounds for the imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See* Local Rule 110. Further, Local Rule 230 states, in relevant part:

> Opposition, if any, to the granting of the motion shall be in writing and shall be filed and served no later than fourteen (14) days after the motion was filed. A responding party who has no opposition to the motion shall serve and file a statement to that effect, specifically designating the motion in question. No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party. See L.R. 135. A failure to file a timely opposition may also be construed by the Court as a non-opposition to the motion.

Local Rule 230(*c*). Therefore, Plaintiff's opposition or statement of non-opposition to Defendants' pending motion to dismiss was due on or before September 29, 2026 (*see* Fed. R. Civ. P. 6(a)(1) & (d). To date, Plaintiff has failed to timely file an opposition or statement of non-opposition as required under Local Rule 240, and the time to do so has now passed.

## III. CONCLUSION AND ORDER

Accordingly, it is HEREBY ORDERED that the hearing noticed on Defendant's motion to dismiss for October 20, 2026, is VACATED.

And it is FURTHER ORDERED that Plaintiff shall show cause in writing, **within 14 days** of the date of service of this order, why sanctions, including a recommendation to dismiss this action, should not be imposed for his failure to comply with the Federal Rules of Civil Procedure and this Court's Local Rules. Alternatively, within that same time, Plaintiff may file an opposition or statement of non-opposition to Defendants' motion to dismiss, filed and served upon Plaintiff on September 8, 2026.

**Any failure by Plaintiff to timely comply with and file a response to the order may result in Defendant's motion being considered unopposed and/or a recommendation that this action be dismissed for Plaintiff's failure to comply with court orders and the Local Rules**.

IT IS SO ORDERED.

Dated: **October 13, 2026**

UNITED STATES MAGISTRATE JUDGE